# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAURIDSEN,<br><br>        Plaintiff,<br><br>  v.<br><br>DR. LUK,<br><br>        Defendant. | Case No. 2:19-cv-02895-JAK-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT THEREFORE IS ORDERED that (1) defendant's Motion for Summary Judgment (ECF No. 36) is granted; and (2) Judgment be entered dismissing this action without prejudice for failure to exhaust administrative remedies.

DATED: January 12, 2022

                                              JOHN A. KRONSTADT
                                 UNITED STATES DISTRICT JUDGE