JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAURIDSEN,<br><br>        Plaintiff,<br><br>  v.<br><br>DR. LUK,<br><br>        Defendant. | Case No. 2:19-cv-02895-JAK-AFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: January 12, 2022

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE